```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09296
   ANTONIO ANGEL
   LUCY SANCHEZ                              CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-2894     SSN XXX-XX-6746

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/22/2007 and was not confirmed.

     The case was dismissed without confirmation 09/10/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
 CAPITAL ONE                UNSECURED            802.16           .00            .00
 CAPITAL ONE                UNSECURED           1073.41           .00            .00
 GMAC                       SECURED VEHIC      12092.25           .00         517.52
 LITTON LOAN SERVICING      CURRENT MORTG          .00            .00            .00
 LITTON LOAN SERVICING      MORTGAGE ARRE     14000.00           .00            .00
 AMERICAN GENERAL FINANCE   SECURED           11049.00           .00            .00
 AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED          .00            .00
 AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED          .00            .00
 CITGO/CITI                 UNSECURED         NOT FILED          .00            .00
 ECAST SETTLEMENT CORP      UNSECURED            376.65          .00            .00
 CITIBANK/SEARS             UNSECURED         NOT FILED          .00            .00
 ASPIRE                     FILED LATE            .00            .00            .00
 ECAST SETTLEMENT CORP      UNSECURED           1022.24          .00            .00
 ECAST SETTLEMENT CORP      UNSECURED            584.36          .00            .00
 ROYAL PRESTIGE CREDIT      UNSECURED         NOT FILED          .00            .00
 ECAST SETTLEMENT CORP      UNSECURED            274.35          .00            .00
 NICOR GAS                  UNSECURED            299.36          .00            .00
 VILLAGE OF HANOVER PARK    UNSECURED         NOT FILED          .00            .00
 ATT                        UNSECURED         NOT FILED          .00            .00
 AMERICAN GENERAL FINANCE   MORTGAGE ARRE      4000.00           .00            .00
 JEFFREY D THAV             DEBTOR ATTY        2,890.00                      2,890.00
 TOM VAUGHN                 TRUSTEE                                            252.54
 DEBTOR REFUND              REFUND                                           2,139.94

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE             5,800.00

 PRIORITY                                        .00
 SECURED                                      517.52
 UNSECURED                                       .00
 ADMINISTRATIVE                             2,890.00
 TRUSTEE COMPENSATION                         252.54

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09296 ANTONIO ANGEL & LUCY SANCHEZ
```

```
DEBTOR REFUND                                                   2,139.94
                                      ---------------    ---------------
TOTALS                                       5,800.00           5,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 12/27/07                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE